THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: **5:15-MJ-1287**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| CODY LAKE | ) |

ORDER

This case comes before the Court on the unopposed motion by Defendant for Early Termination of his probation. In the Motion, Defendant represents that both the Government and Defendants probation officer have no objection to the early termination. Defendant further represents that he has completed all requirements of his probation and has not committed any violation.

For good cause shown based on the facts and reasons stated in the Motion, and there begin no objection by the Government or Defendant's probation officer, it is ORDERED that Defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated: January 14, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge